No. 209. Rosaly et al. *v.* Pérez et al.—Appeal from the

District Court of Ponce. Motion to dismiss appeal. Decided November 4, 1907. Appeal dismissed by reason of failure to comply with provisions of section 299 of the Code of Civil Procedure, and sections 50 and 54 of the Rules of this court. *Mr. José Tous Soto* for petitioner. *Messrs. Boerman and Llorens* for respondent.